IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD BROWN,** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| **v.** | : | **NO. 26-CV-3610** |
| | : | |
| **TORRESDALE HOSPITAL,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 6th day of July, 2026, upon consideration of Plaintiff Richard Brown's

*pro se Motion to Proceed In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is hereby

**ORDERED** that:

1.      The motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28

U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      Brown's constitutional claims are **DISMISSED**, with prejudice, for failure to state

a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and his state law claims are **DISMISSED**,

without prejudice, for lack of subject matter jurisdiction for the reasons stated in the Court's

Memorandum.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

 

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*